**The People of the State of Illinois, defendant in error, v. Frank Monaco, plaintiff in error. Gen. No. 26,692.**

Conviction for violation of section 30 of the Motor Vehicle Act (Cahill's Ill. St. ch. 95a, ¶ 31). Case decided in accordance with People v. Blue, *ante*, p. 255. Error to the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Reversed. Opinion filed November 1, 1921.

Miles J. Devine, for plaintiff in error. Robert E. Crowe, for defendant in error.

Mr. Justice Barnes delivered the opinion of the court.

---

**The People of the State of Illinois, defendant in error, v. Henry Pfaff, Jr., plaintiff in error. Gen. No. 26,706.**

Conviction upon information for having in possession and offering for sale a motor vehicle, the original number of which had been changed. Error to the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Reversed. Opinion filed November 1, 1921.

Charles Hudson, for plaintiff in error. Robert E. Crowe, for defendant in error; Edward E. Wilson and Henry T. Chace, Jr., of counsel.

Mr. Justice Barnes delivered the opinion of the court.

---

**Elam Gray, appellee, v. J. H. Heuser, appellant. Gen. No. 26,268.**

Action for services rendered by plaintiff as a draftsman. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. George J. Cowing, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed on remittitur. Opinion filed November 1, 1921.

W. O. Robinson, for appellant; W. B. Wilson, of counsel. Hoag & Ullman, for appellee.

Mr. Justice Morrill delivered the opinion of the court.

---

**Spiegel, May, Stern Company, defendant in error, v. Walker D. Hines, director general of railroads, operating New York Central Railroad Company, plaintiff in error. Gen. No. 26,315.**

Action against defendant as the delivering carrier for failure to deliver a shipment. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. Joseph S. LaBuy, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Reversed with finding of facts. Opinion filed November 1, 1921.

Glennon, Cary, Walker & Murray, for plaintiff in error; C. A. Reinwald and L. Beers-Jones, of counsel. Andalman, Kostner & Arvey, for defendant in error; Maxwell N. Andalman, of counsel.

Mr. Justice Morrill delivered the opinion of the court.